TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
Nevada Bar No. 8264

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Program Litigation 1 | Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ENA CHARRISE KING,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:26-cv-01648-BNW<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Commissioner will remand the case to an administrative law judge (ALJ) for a new decision. The ALJ will further develop the record as necessary and offer Plaintiff the opportunity for a hearing. The ALJ will reconsider the pertinent issues, including but not limited to evaluating

Plaintiff's symptom allegations. *See* 20 C.F.R. §§ 404.1529, 416.929.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: October 8, 2026

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

*/s/ Marc V. Kalagian*
MARC V. KALAGIAN
(*as authorized via email on October 8, 2026)
Attorney for Plaintiff

Dated: October 8, 2026

Respectfully submitted,

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

HON. BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED: October 9, 2026

**CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, Maryland 21235. I am not a party to the above-entitled action. On the date set forth below, I caused service of **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Marc V. Kalagian
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-8868
Email: Marc.Kalagian@rksslaw.com

Leonard Stone
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
702-385-2220
Fax: 702-384-0394
Email: lstone@shookandstone.com

Attorneys for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 8, 2026

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney